IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NATHANIEL MOSEBY                                                          PETITIONER
ADC # 106015

VS.                              NO. 5:11CV00081-BD

RAY HOBBS, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 3rd day of October, 2011.

_____
UNITED STATES MAGISTRATE JUDGE